Argued and submitted August 19, 2008, appeal dismissed as moot March 11, 2009

Diana V. GARDENER
and Judson M. Parsons,
*Plaintiffs-Appellants,*

*v.*

MARION COUNTY
BOARD OF COUNTY COMMISSIONERS,
*Defendant-Respondent,*

*and*

Lena PAGE,
as Trustee of the Lena Page Living Trust,
*Intervenor-Respondent.*

Marion County Circuit Court
06C14580; A135077

204 P3d 117

Jeffrey L. Kleinman argued the cause and filed the briefs for appellants.

Gloria M. Roy, Assistant Legal Counsel, argued the cause for respondent. With her on the brief was Jane E. Stonecipher, Marion County Legal Counsel.

Hunter B. Emerick argued the cause for intervenor-respondent. With him on the answering brief were Shannon R. Martinez and Saalfeld Griggs PC. With him on the supplemental briefs were Alan M. Sorem and Saalfeld Griggs PC.

Richard P. Benner filed the brief *amicus curiae* for Metro.

Edward J. Sullivan, Carrie A. Richter, and Garvey Schubert Barer filed the briefs *amicus curiae* for Oregon Chapter of the American Planning Association and the American Planning Association.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief *amicus curiae* for State of Oregon.

Ralph O. Bloemers filed the brief *amicus curiae* for Friends of Polk County, Friends of Linn County, Friends of

Clackamas County, Friends of Marion County, and Friends of Yamhill County.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

**PER CURIAM**

This case is materially indistinguishable, with respect to mootness, from *Cyrus v. Board of County Commissioners*, 226 Or App 1, 202 P3d 214 (2009). In light of the reasoning and disposition of the majority opinion in *Cyrus*, this appeal is moot.

Appeal dismissed as moot.